IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARTIN BARCENAS BENITEZ**                                                                           **PLAINTIFF**

V.                                    **CASE NO. 5:23-CV-5106**

**JAILER TYLER ROSS;**
**JAILER QUINT SMITH;**
**JAILER CODY JORDAN;**
**JAILER ETHAN PRICE;**
**and JAILER JACOB WOLF**                                                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 8) filed in this case on September 11, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITHOUT PREJUDICE** for failure to obey court orders and failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 29th day of September, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE